# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　Plaintiff,<br><br>vs.<br><br>DR. LEE, et al.,<br><br>　　Defendants. | Case No. 3:13-cv-00273-RCJ-VPC<br><br>**ORDER** |

　　Defendants having submitted a motion for enlargement of time to file opposition to plaintiff's order to show cause for a preliminary injunction and motion to stay (#16), and good cause appearing;

　　IT IS THEREFORE ORDERED that defendants' motion for enlargement of time to file opposition to plaintiff's order to show cause for a preliminary injunction and motion to stay (#16) is **GRANTED**.  Briefing on plaintiff's motion for a preliminary injunction (#15) is stayed, and defendants need not respond until directed by the court.

　　Dated:　April 15, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge